## TRAVIS v. McLAUGHLIN

No. 191 PC.

Case below: 29 N.C. App. 389.

Petition by defendant McLaughlin for discretionary review under G.S. 7A-31 denied 14 July 1976.

## WEYERHAEUSER CO. v. SUPPLY CO.

No. 204 PC.

Case below: 29 N.C. App. 235.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 14 July 1976.

## WILLIAMSON v. WALLACE

No. 194 PC.

Case below: 29 N.C. App. 370.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1976.